■ In the Matter of SUFFOLK PINES, INC., Appellant, against THOMAS J. HARWOOD et al., Constituting the Town Board of the Town of Islip, et al., Respondents.— In a proceeding, *inter alia,* to review a determination of the Town Board of the Town of Islip which had denied petitioner's application for a permit to establish and operate a house trailer park, petitioner appeals (1) from an order, entered August 5, 1958, dismissing his petition, and (2) from an order, entered July 1, 1959, denying reargument or leave to renew. Order dismissing petition unanimously affirmed, without costs, and without prejudice to any action or proceeding which appellant might be advised to institute, based on the ground that the amendment to the ordinance is unconstitutional, or that respondents willfully withheld the permit and misled and hindered appellant (see *Matter of Dubow* v. *Ross,* 254 App. Div. 706). The record at bar does not bring this case within the rule of the *Dubow* case. Nor is there any direct attack here on the constitutionality of the amendment, or facts in the record to support such attack. Appeal from order denying reargument or leave to renew, dismissed, without costs. Such order is not appealable. Present — Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ. [14 Misc 2d 826.]

■ In the Matter of SYOSSET LIQUOR STORE, INC., Appellant, against STATE LIQUOR AUTHORITY et al., Respondents.— In a proceeding to review a determination of the State Liquor Authority which granted an application for permission to remove a retail liquor package store from one location to another, the appeal is from so much of an order as dismissed the petition and confirmed the determination. Order insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

■ In the Matter of the Arbitration between ZEPHYR CONSTRUCTION Co., INC., Respondent and BORO HALL CORP., Appellant.— Appeal from an order and judgment (one paper), described in the notice of appeal as an order, granting respondent's motion to confirm an award of arbitrators and awarding judgment in favor of respondent against appellant for $37,052.75. Order and judgment (one paper) unanimously affirmed, with costs. On remission, the award had been sufficiently clarified by the arbitrators who substantially complied with the order of this court on the prior appeal (*Matter of Zephyr Constr. Co.* [*Boro Hall Corp.*], 7 A D 2d 915). Present — Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ.

■ LOUIS KROLL, Respondent, v. INTERNATIONAL TERMINAL OPERATING Co., INC., Defendant-Appellant and Third-Party Plaintiff-Appellant. EMPIRE MUTUAL INSURANCE COMPANY, Third-Party Defendant-Appellant.— In an action to recover damages for personal injuries, the appeal is by the International Terminal Operating Co., Inc., defendant and third-party plaintiff, and by the Empire Mutual Insurance Company, third-party defendant, from an order which granted respondent's motion for summary judgment against appellant International, directed an assessment of damages and the entry of judgment against said appellant, and directed that the third-party action between the two appellants be determined at the same time. Order reversed, with one bill of $10 costs and disbursements to both appellants, and motion denied. The record presents triable issues of fact which may not be resolved upon a motion for summary judgment. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.